AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES VARNELL CUSICK JR (AKA: UNKNOWN) | ) Case: 1:21-mj-00485<br>) Assigned To : Meriweather, Robin M.<br>) Assign. Date : 6/21/2021<br>) Description: Complaint w/ Arrest Warrant |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES VARNELL CUSICK JR                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority; Disorderly or Disruptive Conduct in a Restricted Building;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: __06/21/2021__                                             _[signature]_ 2021.06.21 18:07:31 -04'00'
                                                                      *Issuing officer's signature*

City and state:   Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                     *Printed name and title*

---

### Return

This warrant was received on *(date)* __6/22/21__, and the person was arrested on *(date)* __6/24/21__
at *(city and state)* __Melbourne, FL__ .

Date: __6/24/21__                                       _[signature]_
                                                                 *Arresting officer's signature*

                                                                 KRIS MIYAOATO, Task Force Officer
                                                                 *Printed name and title*